United States District Court
Southern District of Texas
**ENTERED**
November 09, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| AMERIHOME MORTGAGE COMPANY, LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| VS. | § | CIVIL ACTION NO. 4:25-cv-2017 |
| | § | |
| MULLEN ET AL., | § | |
| | § | |
| *Defendants*. | § | |

**ORDER**

Pending before this Court is the Stipulation of Dismissal as to Defendant United States of America (Doc. No. 38) and the Joint Motion for Relief from Consent Order as to United States of America (Doc. No. 39). This Court **GRANTS** the Stipulation of Dismissal (Doc. No. 38) and the Joint Motion for Relief from Consent Order (Doc. No. 39).

On October 20, 2026, this Court vacated its Order Granting Default Judgment (Doc. No. 34) due to jurisdictional concerns. (Doc. No. 35). It ordered Plaintiff to Show Cause as to how this Court has jurisdiction over the case. (*Id.*). Plaintiff has filed a response, and the Court now turns to the response.

Plaintiff claims that this Court possesses diversity jurisdiction over the case. As an LLC, Plaintiff's citizenship is based on the citizenship of its members. *Harvey v. Grey Wolf Drilling Co.*, 542 F.3d 1077, 1080 (5th Cir. 2008). Plaintiff asserts that its sole member is Western Alliance Bank, an Arizona corporation with its principal place of business in Arizona. Therefore, on these facts, Plaintiff is a citizen of Arizona.[1] (Doc. No. 36 at 2).

---

[1] Plaintiff incorrectly describes itself as a citizen of Arizona and Delaware. Nevertheless, this Court is able to evaluate AmeriHome's citizenship for diversity jurisdiction purposes based on the facts provided.

As for the citizenship of the remaining Defendants, Plaintiff alleges that Defendants Deneca Mullen and William Magee are citizens of Texas and Louisiana respectively, per the results of a skip trace search. (*Id.* at 3). Lastly, Capitol One Bank, N.A., as a national bank, is considered a citizen of the state that is designated in its articles of association as its main office. *Wachovia Bank v. Schmidt*, 546 U.S. 303, 318 (2006). Capitol One's main office is located in Mclean, VA. (Doc. No. 36 at 3). Therefore, Capitol One is a citizen of Virginia for diversity purposes. Since there is no overlapping citizenship between Plaintiff (citizen of Arizona) and Defendants (citizens of Virginia, Texas, and Louisiana), complete diversity exists.

Accordingly, this Court concludes that it has jurisdiction over this action pursuant to 28 U.S.C. § 1332(a).[2] Plaintiff is ordered to file any amended motions consistent with this Order within 30 days.

It is so ordered.

Signed on this the 9th day of November, 2026.

Andrew S. Hanen
United States District Judge

[2] In addition to the requirement of complete diversity, jurisdiction pursuant to § 1332(a) requires that the amount in controversy exceeds $75,000. AmeriHome claims that the unpaid principal, as of April 2024, is $289,641.96, excluding interest, late fees, advances, and attorneys' costs and fees. (Doc. No. 1 at 5); (Doc. No. 36 at 5). This satisfies the amount-in-controversy requirement.